# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DOPORTO, individually and as Successor in Interest to SAMUEL GONZALES, deceased,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF TULARE,<br><br>        Defendant.<br>_____/ | Case No.  1:13-cv-00898-LJO-SKO<br><br>**ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Docket No. 11) |

On December 23, 2013, the parties filed a "Stipulation to Permit Plaintiff to File First Amended Complaint" ("Stipulation"). (Doc. 11.) After reviewing the parties' Stipulation, and for good cause shown, the Court GRANTS the parties' request that Plaintiff Anito Deporto ("Plaintiff") be permitted to file a First Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file the proposed First Amended Complaint as a separate entry on the docket within three (3) days of the date of this order.

IT IS SO ORDERED.

Dated:  **January 2, 2014**                    **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE