1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DOPORTO, individually and as Successor in Interest to SAMUEL GONZALES, deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF TULARE, a municipal entity; OFFICER VINCE MEDINA, an individual; OFFICER RYAN RICHMOND, an individual, and DOES 3 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 1:13-CV-00898-LJO-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DATE OF MANDATORY SETTLEMENT CONFERENCE** |

1  The Court, having considered the Joint Stipulation of the parties, **AND
2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** as follows:
3  The Mandatory Settlement Conference, currently scheduled for August 12,
4 2014 at 10:00 a.m., is continued to January 13, 2015, at 10:00 a.m.

7 IT IS SO ORDERED.

8  Dated:   **July 27, 2014**                            **/s/ Sheila K. Oberto**
9                                                     UNITED STATES MAGISTRATE JUDGE